JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON DONOVAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba M706 KROGER WEST/SMITH'S, a Foreign Corporation; THE KROGER CO. , a Foreign Corporation; DOES 1-10; and ROE BUSINESS ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00785-ART-CSD<br><br>ORDER GRANTING<br><br>**STIPULATION TO ALLOW COUNSEL FOR DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC. AND COUNSEL FOR PLAINTIFF BRANDON DONOVAN TO ATTEND THE CASE MANAGEMENT CONFERENCE ONLINE** |

WHEREAS, the Court has scheduled a case management conference in the above-captioned matter to take place at 10:00 a.m. on December 2, 2026 (see ECF No. 10); and

WHEREAS, counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC. lives and has his office in Las Vegas, Nevada;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A., counsel of record for Defendant SMITH'S FOOD & DRUG

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CENTERS, INC. and Joshua R. Dahan, Esq. of the RICHARD HARRIS LAW FIRM, counsel of record for Plaintiff BRANDON DONOVAN that Defense counsel and Plaintiff's counsel be allowed to attend the case management conference by video.

DATED this 20th day of November, 2026

RICHARD HARRIS LAW FIRM

/s/ Joshua R. Dahan
Joshua R. Dahan, Esq.
Nevada Bar No. 11331
6900 South McCarran Boulevard – Suite 1010
Reno, NV 89509
Telephone: (702) 444-4444
Attorneys for Plaintiff
BRANDON DONOVAN

DATED this 20th day of November, 2026

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
Jerry S. Busby, Esq.
Nevada Bar No. 1107
3016 West Charleston Boulevard, #195
Las Vegas, NV 89102
Telephone: (702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: November 20, 2026